NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DENNY-RAY HARDIN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5066

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00812-MCW, Judge Mary Ellen Coster Williams.

---

**ON MOTION**

---

**O R D E R**

Denny-Ray Hardin moves for leave to proceed in forma pauperis.

This appeal was dismissed on May 7, 2014 for failure to prosecute in accordance with the rules because Hardin had not paid the fee.

2                                              HARDIN v. US

Hardin is incarcerated. Therefore, he must submit the required supplemental in forma pauperis form for prisoners, Federal Circuit Form 6A. Though Hardin submitted a document entitled "Supplemental In Forma Pauperis Form for Prisoners," it is not this court's Form 6A, nor does it provide this court the authorization furnished by that form.

Accordingly,

IT IS ORDERED THAT:

Hardin is directed to file a completed version of this court's Form 6A within 21 days of this order, a copy of which is enclosed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24